Andrew G. Lewis, OSB 904625
alewis@hershnerhunter.com
Hershner Hunter, LLP
180 East 11th Avenue
P.O. Box 1475
Eugene, OR 97440-1475
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

    **Of Attorneys for Plaintiff**

Jean Ohman Back, OSB 912011
jback@schwabe.com
Schwabe Williamson & Wyatt
1211 SW 5th Avenue Ste 1900
Portland, OR 97204
Telephone: (503) 796-2960
Facsimile: (503) 796-2900

    **Of Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **TRINITY COMPOUNDING PHARMACY, INC. dba BROADWAY APOTHECARY**, an Oregon corporation;<br><br>    Plaintiff,<br><br>  v.<br><br>**STACIA GREEN**;<br><br>    Defendant. | Case No. 6:14-cv-00800-AA<br><br>**STIPULATED JUDGMENT** |

    **THIS MATTER** comes before the Court on the parties' Stipulated Motion for Entry of Judgment. Based upon that motion, and the Court being fully advised,

Page 1 – STIPULATED JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. For a period of two years from March 18, 2014, Defendant's last date of employment with Plaintiff, Defendant and those in active concert or participation with her who receive actual notice of this Order through personal service or otherwise, are enjoined from:

   (a) Interfering with the relationships of Plaintiff with any of its employees, agents, representatives, or independent contractors;

   (b) Directly or indirectly diverting or attempting to divert from Plaintiff any prescription compounded medication business in which Plaintiff was actively engaged during the term of Defendant's employment with Plaintiff;

   (c) Interfering with the relationships of Plaintiff with its customers or patients;

   (d) Directly or indirectly contacting, soliciting, inducing or attempting to contact, solicit, or induce, or accepting any business from, any customer or referral source of Plaintiff who was a customer or referral source of Plaintiff's at any time during Defendant's employment with Plaintiff. For purposes of this Stipulated Judgment, "referral source" means any health care provider, office, clinic or facility, and their employees, agents and representatives, who have written prescriptions for, or in any other manner have referred prescription compounded medication business to, Plaintiff; and

   (e) Using and/or disclosing Plaintiff's Confidential Information.

2. Defendant and those in active concert or participation with her who receive actual notice of this Stipulated Judgment through personal service or otherwise, are required to immediately return to Plaintiff all Confidential Information and other property of Plaintiff that is within their possession, custody, or control.

3.  Following entry of this Stipulated Judgment, the Court will retain personal jurisdiction of the parties and subject matter jurisdiction of this action for purposes of interpreting and enforcing the terms of this Stipulated Judgment, including but not limited to determining whether a violation of this Stipulated Judgment has occurred and awarding any relief that may be appropriate as a result of any such violation. For purposes of this Stipulated Judgment, appropriate relief in the event of a violation shall include reinstitution of the claims and counterclaims set forth in Section 4. of this Stipulated Judgment.

4.  Except as otherwise provided in this Stipulated Judgment, all claims and counterclaims that arise out of the transaction or occurrence that is the subject matter of this action are dismissed with prejudice.

5.  No costs or attorney's fees are awarded to any party.

6.  No security shall be required as a condition to entry of this Stipulated Judgment.

DATED: July 29, 2014

_____
**Hon. Ann Aiken**
**Chief Judge**